| | |
|---|---|
| Sabas Rodriguez | From the 64th District Court |
| Appellant | Of Hale County |
| v. No. 07-07-00093-CR | June 5, 2007 |
| The State of Texas | Opinion by Chief Justice Quinn |
| Appellee | |

## J U D G M E N T

Pursuant to the opinion of the Court dated June 5, 2007, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered, adjudged and decreed that appellant Sabas Rodriguez pay all costs of court in this appeal, for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o